1008

[No. 42054-2-I.    Division One.    April 12, 1999.]

UNITED SUPPORT ASSOCIATION, INC., *Appellant*, v. CHARLES E. MELLON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-24494-5, Michael Hayden, J., entered December 26, 1997. *Reversed* by unpublished opinion per Coleman, J., concurred in by Kennedy, C.J., and Baker, J.

[No. 42162-0-I.    Division One.    April 12, 1999.]

MICHAEL R. MASTRO, ET AL., *Appellants*, v. EUGENE HORBACH, ET AL., *Defendants*, BAUGH CONSTRUCTION COMPANY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-29315-6, Sharon S. Armstrong, J., entered January 27, 1998. *Reversed* by unpublished opinion per Coleman, J., concurred in by Grosse and Webster, JJ.

[No. 42221-9-I.    Division One.    April 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. M.G.N., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-06966-3, Charles V. Johnson, J., entered January 26, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42268-5-I.    Division One.    April 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DONLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01806-9, James H. Allendoerfer, J., entered March 5, 1998. *Affirmed* by unpublished per curiam opinion.